No. 558. HOUGH *v.* CALIFORNIA. On petition for writ of certiorari to the Supreme Court of California. Decem-

ber 3, 1945. Dismissed on motion of counsel for petitioner. *Mr. Morris Lavine* for petitioner. *Robert W. Kenny,* Attorney General of California, and *Frank W. Richards,* Deputy Attorney General, for respondent.